3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HOUSSAM ALI HACHEM,

Defendant.

Case:2:19-cr-20379
Judge: Hood, Denise Page
MJ: Patti, Anthony P.
Filed: 06-06-2019 At 04:25 PM
SEALED MATTER (NA)

VIOL:
      18 U.S.C. § 1425(b)

---

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(Procurement of Citizenship or Naturalization Unlawfully, 18 U.S.C. § 1425(b))

On or about June 18, 2009, in the Eastern District of Michigan, and elsewhere, the defendant, HOUSSAM ALI HACHEM, for himself, a person not entitled to naturalization or citizenship, did knowingly procure and obtain and apply

1

for, and otherwise attempt to procure and obtain, naturalization or citizenship, in violation of Title 18, United States Code, Section 1425(b).

                                              THIS IS A TRUE BILL.

                                              s/Grand Jury Foreperson
                                              GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
UNITED STATES ATTORNEY

| | |
|---|---|
| s/Cathleen M. Corken | s/Kevin M. Mulcahy |
| CATHLEEN M. CORKEN | KEVIN M. MULCAHY |
| Assistant United States Attorney | Assistant United States Attorney |
| Chief, National Security Unit | |
| 211 W. Fort Street, Suite 2001 | 211 West Fort Street, Ste. 2001 |
| Detroit, Michigan 48226 | Detroit, MI 48226-3220 |
| | Phone: (313) 226-9713 |
| | Email: Kevin.Mulcahy@usdoj.gov |

Dated: June 6, 2019

| United States District Court<br>Eastern District of Michigan | Criminal Case Co... | Case: 2:19-cr-20379<br>Judge: Hood, Denise Page<br>MJ: Patti, Anthony P.<br>Filed: 06-06-2019 At 04:25 PM<br>SEALED MATTER (NA) |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: |

**Case Title:** USA v. Houssam Ali Hachem

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ✓ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number:     ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 6, 2019
Date

Kevin Mulcahy
Assistant United States Attorney
211 W. Fort St.
Detroit, MI 48226
Phone: 313-226-9713
E-Mail address: Kevin.Mulcahy@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.