# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,             CRIMINAL NO. 19-20379

vs.                              HON. DENISE PAGE HOOD

HOUSSAM ALI HACHEM,

        Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGEMENT OF INDICTMENT

I, HOUSSAM ALI HACHEM, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the INDICTMENT, in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE:        Up to 10 years in prison; a $250,000 fine; or both

                                        _/s/ Houssam_
                                        HOUSSAM ALI HACHEM
                                        DEFENDANT

December 18, 2019

## ACKNOWLEDGEMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

WILLIAM SWOR
DEFENSE COUNSEL